In the Matter of the Accounting of J. ARTHUR KEESEY, as Executor of DAVID M. DRURY, Deceased, Appellant.

TRUSTEES OF THE MASONIC HALL AND ASYLUM FUND et al., Appellants; MARY RUSSELL et al., Respondents.

(Submitted October 22, 1928; decided October 26, 1928.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 248 N. Y. 559.)

BENJAMIN BAMONTE, Respondent, v. OCEAN BEACH-FIRE ISLAND COMPANY et al., Appellants, Impleaded with Another.

(Submitted October 22, 1928; decided October 26, 1928.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 248 N. Y. 642.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED HORTON, Appellant.

(Submitted October 22, 1928; decided October 26, 1928.)

*Glenn W. Woodin, District Attorney*, for motion.
No one opposed.

Motion granted and appeal dismissed.